FILED
2013 Nov-13 PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CLIFTON HENDERSON, | ) | |
| | ) | |
| Plaintiff; | ) | |
| | ) | |
| vs. | ) | 2:13-cv-01556-LSC |
| | ) | |
| NATIONS RECOVERY CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Plaintiff's motion to dismiss this action with prejudice (Doc. 7) is GRANTED.

Done this 13th day of November 2013.

_L. Scott Coogler_
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256